UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN PATRICK CULLEN**  **PETITIONER**
ADC #601347

V.   NO. 4:23-CV-10-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**   **RESPONDENTS**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Petition is DISMISSED WITH PREJUDICE.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 20th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE