UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN PATRICK CULLEN**                                                           **PETITIONER**
**ADC #601347**

V.                                        NO. 4:23-CV-10-JM-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                           **RESPONDENTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

Dated this 20th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE